RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/7/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Sandra Curley, et al | Civil Action No. 05-1304 |
| versus | Judge Tucker L. Melançon |
| JP Morgan Chase Bank NA *successor to Bank One NA* | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date, it is

ORDERED that defendant's Motion for Summary Judgment [Rec. Doc. 48] is GRANTED, and plaintiffs' claims are DISMISSED with prejudice.

Thus done and signed this 5th day of May, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge